United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **VADIM IGOREVICH KARGUIN,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-cv-05472** |
| § | |
| **RAYMOND THOMPSON,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Pending before the Court are Petitioner Vadim Igorevich Karguin's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion for Summary Judgment (ECF No. 5). Respondents have detained Petitioner for longer than six months, making his detention no longer presumptively reasonable under *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because Respondents have not secured Russian travel documents for Petitioner, and there is no indication that travel documents will be obtained in the immediate future, the Court finds that Petitioner's removal is not reasonably foreseeable. Therefore, his continued detention is unlawful.

Therefore, after considering the briefing, applicable law, and the arguments of counsel, the Court hereby **GRANTS** the Petition for Writ of Habeas Corpus (ECF No. 1) and DENIES Respondents' Motion for Summary Judgment (ECF No. 5). The Court **ORDERS** as follows.

1. Respondents shall release Petitioner from custody within forty-eight (48) hours of entry of this Order. **Petitioner shall be released at the George Bush Intercontinental Airport** in light of the extreme weather conditions in Texas. Petitioner's counsel shall be given notice of the time and place of his release.

2. Petitioner shall comply with the conditions of his previous Order of Supervision while released.

3. Respondents shall update the Court on the status of Petitioner's release on or before January 29, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas on January 26, 2026.

_____
Keith P. Ellison
United States District Judge